John L. Krieger, Esq.
Nevada Bar No. 6023
jkrieger@dickinsonwright.com
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
tpowell@dickinsonwright.com
Kevin D. Everage, Esq.
Nevada Bar No. 15913
keverage@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Phone: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS REVIEW-JOURNAL, INC., | Case No. 2:22-cv-01238-CDS-DJA |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL** |
| CHESAPEAKE MEDIA I, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Las Vegas Review-Journal, Inc. and Defendant Chesapeake Media I, LLC, by and through their respective representatives, hereby stipulate to dismiss all claims in this case. The Parties state the following in support of this Stipulated Dismissal:

1. The Parties have reached a settlement resolving all claims, defenses, and counterclaims arising out of the conduct set forth in Complaint.

2. Pursuant to the settlement agreement, the Parties stipulate to dismiss this case, with each Party to bear its own fees and costs.



1

3.  The Parties have also agreed this Court shall maintain jurisdiction for the purpose of making any further orders necessary or proper for the interpretation, modification, or enforcement of the terms of the underlying settlement agreement. See *Kokkonen* v. *Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction expressly retained in order of dismissal); *Ortof* v. *Silver Bar Mines, Inc.*, 111 F.3d 85, 87-88 (9th Cir. 1997) (applying *Kokkonen* exception).

| DICKINSON WRIGHT PLLC | CHESAPEAKE MEDIA I, LLC |
|---|---|
| /s/ *[signature]* | *[signature]* Danil |
| John L. Krieger (NBN 6023) | David R. Bochenek |
| Tenesa S. Powell, (NBN 12488) | SVP/CAO |
| Kevin D. Everage (NBN 15913) | Sinclair Broadcast Group, Inc. |
| 3883 Howard Hughes Parkway, Suite 800 | 10706 Beaver Dam Road |
| Las Vegas, Nevada 89169-0965 | Hunt Valley, Maryland 21030 |
| Phone: (702) 550-4400 | |
| Fax: (844) 670-6009 | *For Sinclair Broadcast Group, Inc., parent company of Defendant Chesapeake* |
| *Attorneys for Plaintiff* | |

ORDER

IT IS HEREBY ORDERED that, pursuant to the settlement agreement, the Parties stipulation to dismiss this case, with each Party to bear its own fees and costs, (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Temporary Restraining Order (ECF No. 5) is DENIED as moot.

IT IS FURTHER ORDERED that the Motion for Preliminary Injunction (ECF No. 6) is DENIED as moot.

**IT IS SO ORDERED.**

_____
The Hon. Cristina D. Silva
UNITED STATES DISTRICT JUDGE

DATED: September 2, 2022

